**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS, | ) ) ) ) |
| Plaintiffs, | ) ) |
| | ) Case No.: |
| v. | ) |
| | ) Judge |
| | ) |
| JV HAULING, INC. | ) Magistrate Judge |
| an Illinois corporation | ) |
| JESUS VELAZQUEZ, Individually, | ) |
| | ) |
| Defendants. | ) |

## COMPLAINT

Plaintiffs, TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS ("Funds"), by their attorneys, John J. Toomey, of Arnold and Kadjan, LLP complain against Defendants, JV HAULING, INC., an Illinois corporation and JESUS VELAZQUEZ, Individually as follows:

## JURISDICTION AND VENUE

1.    (a)    Jurisdiction of this cause is based upon Section 502 of the Employee Retirement Income Security Act of 1974, 29 U.S.C. Section 1132 ("ERISA") and 29 U.S.C. 1145 as amended, upon Section 301 of the Labor Management Relations Act, 29 U.S.C. Section 185 and upon this Court's supplemental jurisdiction under 28 U.S.C., Section 1367.

(b)    Venue is founded pursuant to 29 U.S.C. Section 1132(e) (2) in this district, where the Funds as described in Paragraph 2, are administered.

## PARTIES

2. (a) Plaintiffs are the TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS ("Funds") and have standing to sue pursuant to 29 U.S.C. 1132(a)(3).

(b) The SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS have been established pursuant to trust agreements and are funded through employer contributions required by collective bargaining agreements previously entered into between the International Brotherhood of Teamsters and its affiliated locals ("the Union") and Employers;

(c) The Funds are maintained and administered in this judicial district in accordance with and pursuant to the provisions of ERISA, the National Labor Relations Act, as amended, and other applicable state and federal laws, and also pursuant to the terms and provisions of the Agreements and Declarations of Trust which establish the Funds.

3. (a) JV HAULING, INC., an Illinois corporation, from May 1, 2020 through March 1, 2023, employs employees represented by the Union and is bound to make contributions for weeks worked by all employees and upon subcontractors who perform work which would otherwise be performed by its employees.

(b) JV HAULING, INC., maintains its principal place of business at Aurora, Illinois.

(c) JV HAULING, INC., is an employer engaged in an industry affecting commerce.

4.      Effective May 1, 2020 JV HAULING, INC., entered into an Area Wide Material Hauling Agreement with Teamsters 673, as confirmed with the Local, which bound it to the terms stated in the Area Wide Material Hauling Agreements that are effective for the period from June 1, 2015 through May 31, 2019 and as extended through the present, which requires contributions to the Funds pursuant to 29 U.S.C. 1145 (Exhibit A).  JV HAULING, INC., has not sent a notice of termination.

## COUNT I

### JV HAULING, INC., an Illinois corporation
### May 1, 2020 through March 31, 2023 Audit Period

5.      Pursuant to the collective bargaining agreements between JV HAULING, INC., and the Union, JV HAULING, INC., failed and continues to fail to make its obligated contributions to the Fund for the period May 1, 2020 through March 31, 2023. as disclosed in a records review on July 27, 2023 (Exhibit B).

6.      The audit review disclosed $43,584.68 due the Welfare Fund and $33,958.33 due the Pension Fund for a total of $77,543.01.

7.      On July 29, 2025 the corporation entered into an installment note with the Suburban Teamsters of Northern Illinois Pension Fund for the principal amount of $33,958.33 due under the audit. After payments pursuant to the installment note there remains a total balance including interest remaining of $36,336.24 for the payment of delinquent benefit contributions (Exhibit C).

8.      On July 29, 2025 the corporation entered into an installment note with the Suburban Teamsters of Northern Illinois Welfare Fund for the principal amount of $43,584.68 due under the audit. After payments pursuant to the installment note there remains a total balance including interest remaining of $46,512.04 for the payment of delinquent benefit contributions (Exhibit D).

3

9. The notes acknowledge on their face that they are written agreements and constitute instruments in writing upon which contributions are due pursuant to 29 U.S.C. 1145.

10. Notice of Default and Opportunity to Cure (Exhibit E) was extended but the installment notes remain in default.

WHEREFORE, Plaintiff, prays for judgment against the Defendant, JV HAULING, INC., an Illinois corporation, as follows:

A. The Court enter judgment in favor of the Plaintiff Pension Fund and against JV HAULING, INC., an Illinois corporation, in the amount of $36,336.24, the remaining amount due under the audit and the accelerated outstanding balance due on the Pension installment note (Exhibit C).

B. The Court enter judgment in favor of the Plaintiff Welfare Fund and against JV HAULING, INC., an Illinois corporation, in the amount of $46,612.04, the remaining amount due under the audit and the accelerated outstanding balance due on the Welfare installment note (Exhibit D).

C. The Court grant the Funds all relief permitted under 29 U.S.C. 1132(g)(2) including liquidated damages, interest and reasonable attorneys' fees and cost of collection.

D. The Court, pursuant to the terms of the notes, grant the Funds the principal amount of the pension and welfare notes plus interest and all reasonable costs of collection, including reasonable attorneys' fees.

E. The Court grant the Plaintiff Funds injunctive relief to prevent disbursement of assets or payment of other creditors prior to payment of current delinquent and note payments.

## COUNT II

### JESUS VELAZQUEZ, Individually
### May 1, 2020 through March 31, 2023

1.     This Count arises from a common nucleus of operative fact with Count I and is pendent thereto.  This Court has supplemental jurisdiction pursuant to 28 U.S.C. Section 1367.

2-10.    Plaintiff restates and realleges Paragraphs 2-10 of the Parties section and of Count I as Paragraphs 2-10 of Count II as if fully set forth herein.

11.     JESUS VELAZQUEZ signed the Pension promissory note, described in Paragraph 7 of Count I, individually in his personal capacity, as an additional maker on the note (Exhibit C). JESUS VELAZQUEZ is an adult, suffers from no mental infirmities and is literate.

12.     JESUS VELAZQUEZ signed the Welfare promissory note described in Paragraph 8 of Count I, individually in his personal capacity, as an additional maker on the note (Exhibit D). JESUS VELAZQUEZ is an adult, suffers from no mental infirmities and is literate.

13.     The Defendant corporation lacks the present ability to pay its fringe benefit debt and demand has been made for payment.

14.     The remaining balance due the Pension Fund on the note is $36,334.24  plus interest and attorneys' fees and cost of collection as provided in the terms of the note.

15.     The remaining balance due the Welfare Fund on the note is $46,512.04 plus interest and attorneys' fees and cost of collection as provided in the terms of the note.

18.     JESUS VELAZQUEZ, Individually as co-maker and guarantor on the notes is personally liable for the debt.

WHEREFORE, Plaintiff prays for judgment against JESUS VELAZQUEZ, Individually as follows:

A.    The Court enter judgment in favor of the Plaintiff Pension Fund and against JESUS VELAZQUEZ, Individually in the amount of $36,334.24 the accelerated outstanding balance due on the Pension installment note (Exhibit C).

B.    The Court enter judgment in favor of the Plaintiff Welfare Fund and against JESUS VELAZQUEZ, Individually in the amount of $46,512.04 the accelerated outstanding balance due on the Welfare installment note (Exhibit D).

C.    That the Court pursuant to the terms of the promissory notes grant the Plaintiff Funds the principal amount of the note plus interest and all reasonable costs of collection including reasonable attorneys' fees.

D.    That the Court grant such other relief as is appropriate under the circumstances.

TRUSTEES OF THE SUBURBAN TEAMSTERS
OF NORTHERN ILLINOIS WELFARE AND
PENSION FUNDS

By: _____
           One of Its Attorneys

John J. Toomey
ARNOLD AND KADJAN, LLP
35 E. Wacker Drive
Suite 600
Chicago, Illinois  60601
(312) 236-0415

# EXHIBIT A



THE

## AREA WIDE MATERIAL HAULING AGREEMENT

BETWEEN

TEAMSTERS LOCAL 673

*JV Hauling, inc*

EFFECTIVE JUNE 1, 2015 THROUGH MAY 31, 2019





1

THE TERMS AND CONDITIONS OF SAID TRAINING FUND.

## ARTICLE 39
### DURATION AND TERMINATION

39.1 THIS AGREEMENT SHALL BECOME EFFECTIVE ON JUNE 1, 2015 AND SHALL REMAIN IN FULL FORCE AND EFFECT UNTIL AND INCLUDING MAY 31, 2019. AFTER MAY 31,2019, THIS AGREEMENT SHALL BE RENEWED AUTOMATICALLY FOR PERIODS OF ONE (1) YEAR UNLESS EITHER THE EMPLOYER OR THE UNION GIVES WRITTEN NOTICE TO THE OTHER OF A DESIRE TO MODIFY, AMEND OR TERMINATE SAME AT LEAST SIXTY (60) DAYS PRIOR TO THE EXPIRATION OF ANY SUCH PERIOD.

THE COMPANY AND THE UNION AGREE TO MEET FOR NEGOTIATIONS OF DRUG LANGUAGE, TO BE ATTACHED TO THIS AGREEMENT.

IN WITNESS WHEREOF THE PARTIES HAVE HEREUNTO SET THEIR HANDS THIS _____15T_____ DAY OF __May__, _2080_.

FOR THE EMPLOYER:

_Jesus Velazquez_
SIGNATURE
TITLE
110 N. Foot St
ADDRESS
Aurora, IL
779-987-4679
PHONE #

FOR THE UNION:

TIMOTHY L. CUSTER
SECRETARY-TREASURER&
PRINCIPAL OFFICER
TEAMSTERS LOCAL 673
1050 W. ROOSEVELT RD.
WEST CHICAGO, IL 60185
630) 231-6660

40

# EXHIBIT B

Page 1 of 2

**Employer Name:** JV Hauling
**Address:** 116 N Root St / Aurora IL 60505

**Phone:** (779) 987 4679
**Contact:** Jesus Velazquez

**ER#** 5455

**Review Date:** 07/27/2023

**Period Covered:** May 1, 2020 to March 31, 2023

| Name | Soc Sec No | Work Month | Welfare Weeks/Hrs | Pension Weeks | Weekly/Hrly Welfare Rate | Weekly Pension Rate | Amount Due Welfare | Amount Due Pension |
|---|---|---|---|---|---|---|---|---|
| VELAZQUEZ JESUS | XXX-XX-0178 | May-20 | 2.00 | 4.25 | $ 379.00 | $ 316.20 | $ 758.00 | $ 1,343.85 |
| VELAZQUEZ JESUS | XXX-XX-0178 | Jun-20 | 1.00 | 1.00 | $ 395.00 | $ 336.20 | $ 395.00 | $ 336.20 |
| VELAZQUEZ JESUS | XXX-XX-0178 | Jul-20 | 1.00 | 1.00 | $ 395.00 | $ 336.20 | $ 395.00 | $ 336.20 |
| VELAZQUEZ JESUS | XXX-XX-0178 | Aug-20 | 1.00 | 1.00 | $ 395.00 | $ 336.20 | $ 395.00 | $ 336.20 |
| VELAZQUEZ JESUS | XXX-XX-0178 | Sep-20 | 1.00 | 1.00 | $ 395.00 | $ 336.20 | $ 395.00 | $ 336.20 |
| VELAZQUEZ JESUS | XXX-XX-0178 | Oct-20 | 5.00 | 5.00 | $ 395.00 | $ 336.20 | $ 1,975.00 | $ 1,681.00 |
| VELAZQUEZ JESUS | XXX-XX-0178 | Nov-20 | 4.00 | 4.00 | $ 395.00 | $ 336.20 | $ 1,580.00 | $ 1,344.80 |
| VELAZQUEZ JESUS | XXX-XX-0178 | Apr-21 | 4.00 | 4.00 | $ 395.00 | $ 336.20 | $ 1,580.00 | $ 1,344.80 |
| VELAZQUEZ JESUS | XXX-XX-0178 | May-21 | 2.00 | 2.00 | $ 395.00 | $ 336.20 | $ 790.00 | $ 672.40 |
| VELAZQUEZ JESUS | XXX-XX-0178 | Jun-21 | 1.00 | 1.00 | $ 413.00 | $ 357.00 | $ 413.00 | $ 357.00 |
| VELAZQUEZ JESUS | XXX-XX-0178 | Jul-21 | 2.00 | 2.00 | $ 413.00 | $ 357.00 | $ 826.00 | $ 714.00 |
| VELAZQUEZ JESUS | XXX-XX-0178 | Aug-21 | 4.00 | 4.00 | $ 413.00 | $ 357.00 | $ 1,652.00 | $ 1,428.00 |
| VELAZQUEZ JESUS | XXX-XX-0178 | Sep-21 | 4.00 | 4.00 | $ 413.00 | $ 357.00 | $ 1,652.00 | $ 1,428.00 |
| VELAZQUEZ JESUS | XXX-XX-0178 | Oct-21 | 5.00 | 5.00 | $ 413.00 | $ 357.00 | $ 2,065.00 | $ 1,785.00 |
| VELAZQUEZ JESUS | XXX-XX-0178 | Nov-21 | 4.00 | 4.00 | $ 413.00 | $ 357.00 | $ 1,652.00 | $ 1,428.00 |
| VELAZQUEZ JESUS | XXX-XX-0178 | Apr-22 | 5.00 | 5.00 | $ 413.00 | $ 357.00 | $ 2,065.00 | $ 1,785.00 |
| VELAZQUEZ JESUS | XXX-XX-0178 | May-22 | 4.00 | 4.00 | $ 413.00 | $ 357.00 | $ 1,652.00 | $ 1,428.00 |
| VELAZQUEZ JESUS | XXX-XX-0178 | Jun-22 | 4.00 | 4.00 | $ 429.00 | $ 377.80 | $ 1,716.00 | $ 1,511.20 |
| VELAZQUEZ JESUS | XXX-XX-0178 | Jul-22 | 5.00 | 5.00 | $ 429.00 | $ 377.80 | $ 2,145.00 | $ 1,889.00 |
| VELAZQUEZ JESUS | XXX-XX-0178 | Aug-22 | 4.00 | 4.00 | $ 429.00 | $ 377.80 | $ 1,716.00 | $ 1,511.20 |
| VELAZQUEZ JESUS | XXX-XX-0178 | Sep-22 | 4.00 | 4.00 | $ 429.00 | $ 377.80 | $ 1,716.00 | $ 1,511.20 |
| VELAZQUEZ JESUS | XXX-XX-0178 | Oct-22 | 5.00 | 5.00 | $ 429.00 | $ 377.80 | $ 2,145.00 | $ 1,889.00 |
| VELAZQUEZ JESUS | XXX-XX-0178 | Nov-22 | 4.00 | 4.00 | $ 429.00 | $ 377.80 | $ 1,716.00 | $ 1,511.20 |

**Total UNPAID Contributions:** $ 31,394.00 | $ 27,907.45

Liquidated Damages 10% UNPAID Contributions over 1 mo. Late ): $ 3,139.40 | $ 2,790.75

ER# 5455

**Employer Name:** JV Hauling
**Address:** 116 N Root St / Aurora IL 60505

**Phone:** (779) 987 4679
**Contact:** Jesus Velazquez

Review Date: 07/27/2023

Period Covered: May 1, 2020 to March 31, 2023

Late Payment Interest .5% per mo. on UNPAID Contributions:

| Work Month | Amount Due Welfare | % Int. | Int. Due Welfare | Amount Due Pension | % Int. | Int. Due Pension |
|---|---|---|---|---|---|---|
| May-20 | $ 758.00 | 20.00% | $ 151.60 | $ 1,343.85 | 20.00% | $ 268.77 |
| Jun-20 | $ 395.00 | 19.50% | $ 77.03 | $ 336.20 | 19.50% | $ 65.56 |
| Jul-20 | $ 395.00 | 19.00% | $ 75.05 | $ 336.20 | 19.00% | $ 63.88 |
| Aug-20 | $ 395.00 | 18.50% | $ 73.08 | $ 336.20 | 18.50% | $ 62.20 |
| Sep-20 | $ 395.00 | 18.00% | $ 71.10 | $ 336.20 | 18.00% | $ 60.52 |
| Oct-20 | $ 1,975.00 | 17.50% | $ 345.63 | $ 1,681.00 | 17.50% | $ 294.18 |
| Nov-20 | $ 1,580.00 | 17.00% | $ 268.60 | $ 1,344.80 | 17.00% | $ 228.62 |
| Apr-21 | $ 1,580.00 | 14.50% | $ 229.10 | $ 1,344.80 | 14.50% | $ 195.00 |
| May-21 | $ 790.00 | 14.00% | $ 110.60 | $ 672.40 | 14.00% | $ 94.14 |
| Jun-21 | $ 413.00 | 13.50% | $ 55.76 | $ 357.00 | 13.50% | $ 48.20 |
| Jul-21 | $ 826.00 | 13.00% | $ 107.38 | $ 714.00 | 13.00% | $ 92.82 |
| Aug-21 | $ 1,652.00 | 12.50% | $ 206.50 | $ 1,428.00 | 12.50% | $ 178.50 |
| Sep-21 | $ 1,652.00 | 12.00% | $ 198.24 | $ 1,428.00 | 12.00% | $ 171.36 |
| Oct-21 | $ 2,065.00 | 11.50% | $ 237.48 | $ 1,785.00 | 11.50% | $ 205.28 |
| Nov-21 | $ 1,652.00 | 11.00% | $ 181.72 | $ 1,428.00 | 11.00% | $ 157.08 |
| Apr-22 | $ 2,065.00 | 8.50% | $ 175.53 | $ 1,785.00 | 8.50% | $ 151.73 |
| May-22 | $ 1,652.00 | 8.00% | $ 132.16 | $ 1,428.00 | 8.00% | $ 114.24 |
| Jun-22 | $ 1,716.00 | 7.50% | $ 128.70 | $ 1,511.20 | 7.50% | $ 113.34 |
| Jul-22 | $ 2,145.00 | 7.00% | $ 150.15 | $ 1,889.00 | 7.00% | $ 132.23 |
| Aug-22 | $ 1,716.00 | 6.50% | $ 111.54 | $ 1,511.20 | 6.50% | $ 98.23 |
| Sep-22 | $ 1,716.00 | 6.00% | $ 102.96 | $ 1,511.20 | 6.00% | $ 90.67 |
| Oct-22 | $ 2,145.00 | 5.50% | $ 117.98 | $ 1,889.00 | 5.50% | $ 103.90 |
| Nov-22 | $ 1,716.00 | 5.00% | $ 85.80 | $ 1,511.20 | 5.00% | $ 75.56 |

Total Late Payment Interest Unpaid Contributions: $ 3,393.66 $ 3,065.96

Total Due Unpaid Contributions + Liq. Damages + Late Interest: $ 43,382.06 $ 33,764.16

| | WELFARE | PENSION |
|---|---|---|
| **Paid Contributions Discrepancies** | | |
| Jul-20 Underpaid Welfare and Pension Fund | $ 48.00 | $ 60.60 |

| | WELFARE | PENSION |
|---|---|---|
| **Paid Contributions Interest and Liquidated Damages** | | |
| May-21 Contributions received July 2021 - Interest | $ 5.93 | $ 5.04 |
| Jun-21 Contributions received August 2021 - Interest | $ 6.20 | $ 5.36 |
| Jul-21 Contributions received November 2021 - Interest | $ 18.59 | $ 16.07 |
| Jul-21 Contributions received November 2021 - LD | $ 123.90 | $ 107.10 |

Total Late Due on Paid Contributions: $ 202.62 $ 194.17

TOTAL AMOUNT DUE ER # 5455 $ 43,584.68 $ 33,958.33

# EXHIBIT C

## INSTALLMENT NOTE - PENSION FUND

**$36,336.24 principal and interest**

Date: July 29, 2025

For Value Received, the undersigned promises to pay to the order of **SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS PENSION FUND** the principal sum of Thirty-Three Thousand Nine Hundred Fifty-Eight Dollars and Thirty-Three Cents ($33,958.33). The remaining unpaid principal shall bear interest at the rate of **6%** per annum over the life of the note.

**Employer shall make a down payment of $8,489.58 on August 15, 2025.**

Employer shall pay on September 1, 2025 the sum of Seven Hundred Eighty-Eight Dollars and Seventy-Three Cents ($788.73) and on the 1st day of each month thereafter for 35 (thirty-five) consecutive months, and a final payment of Two Hundred Forty-One Dollars and Four Cents ($241.04) on August 1, 2028.

All payments on account of the indebtedness represented by this Note shall be applied first to accrued and unpaid interest and the remainder to principal. Any installments of principal not paid when due shall bear interest after default/maturity at the rate of **18** per cent per annum. Payments of both principal and interest shall be made at **SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS PENSION FUND** or such other place as the legal holder hereof may from time to time in writing appoint.

**EMPLOYER IS TO REMAIN CURRENT IN ITS FUND CONTRIBUTIONS DURING THE TERM OF THIS NOTE.** Failure to do so will be considered a default, causing the remaining unpaid Note balance to become immediately due and payable.

The undersigned hereby authorizes, irrevocably, any attorney of any court of record to appear for the undersigned in such court, in term time or vacation, at any time after default in the payment of any installment of the principal hereof, accelerate the remaining debt, and confess judgment without process in favor of the payee or holder of this Note for such amount as may appear to be unpaid thereon, together with reasonable costs of collection including reasonable attorney's fees, and to waive and release all errors which may intervene in any such proceedings, and consent to immediate execution upon such judgment, hereby ratifying and confirming all that said attorney may do by virtue hereof.

If this Note is signed by more than one person or entity, the obligations and authorizations hereunder shall be joint and several.

All parties hereto severally waive presentment for payment, notice of dishonor and protest.

**AUDIT PERIOD:**
**MAY 1, 2020 – MARCH 31, 2023**

JV HAULING
AN ILLINOIS CORPORATION

BY: _____
JESUS VELAZQUEZ, PRESIDENT

BY: _____
JESUS VELAZQUEZ, INDIVIDUALLY

The maker of this Note acknowledges the above indebtedness represents fringe benefit contributions and other costs and charges due and owing under the terms of the Plan and pursuant to applicable provisions of the Employee Retirement Income and Security Act, 29 U.S.C. 1145.

RECEIVED

OCT 0 1 2025

PENSION

**JV HAULING**

ER#  5455

DUE  36,336.24

**REVIEW PERIOD:**

**MAY 2020 TO MARCH 2023**

| | |
|---|---|
| **TOTAL PRINCIPAL/INTEREST:** | |
| **$36,336.24** | |

**PENSION FUND**

PRINCIPAL TOTAL  $  (33,958.33)

DOWN PYMT  $8,489.58

| | |
|---|---|
| **DOWNPAYMENT:** | |
| **DUE DATE:** August 15, 2025 | |
| **DATE PAID:** | |
| **CHECK #:** | |

PRINC BALANCE  ($25,468.75)

NMBR PYMNTS  36

MNTHLY PYMT  $788.73  /month

| | DATE DUE | PAY THIS... NOTE BALANCE | ...OR THIS PAYMENT | AFTER REGULAR PAYMENT PRINCIPAL PAID | CURRENT PRINC BAL | | PAYMENTS MADE CHECK DATE | CHECK NO. | DEPOSIT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 09/01/25 | 25,596.09 | 788.73 | 661.39 | 24,807.36 | 1 | | | |
| 2 | 10/01/25 | 24,931.40 | 788.73 | 664.70 | 24,142.66 | 2 | | | |
| 3 | 11/01/25 | 24,263.38 | 788.73 | 668.02 | 23,474.65 | 3 | | | |
| 4 | 12/01/25 | 23,592.02 | 788.73 | 671.36 | 22,803.29 | 4 | | | |
| 5 | 01/01/26 | 22,917.30 | 788.73 | 674.72 | 22,128.57 | 5 | | | |
| 6 | 02/01/26 | 22,239.21 | 788.73 | 678.09 | 21,450.48 | 6 | | | |
| 7 | 03/01/26 | 21,557.73 | 788.73 | 681.48 | 20,769.00 | 7 | | | |
| 8 | 04/01/26 | 20,872.85 | 788.73 | 684.89 | 20,084.12 | 8 | | | |
| 9 | 05/01/26 | 20,184.54 | 788.73 | 688.31 | 19,395.80 | 9 | | | |
| 10 | 06/01/26 | 19,492.78 | 788.73 | 691.75 | 18,704.05 | 10 | | | |
| 11 | 07/01/26 | 18,797.57 | 788.73 | 695.21 | 18,008.84 | 11 | | | |
| 12 | 08/01/26 | 18,098.88 | 788.73 | 698.69 | 17,310.15 | 12 | | | |
| 13 | 09/01/26 | 17,396.70 | 788.73 | 702.18 | 16,607.97 | 13 | | | |
| 14 | 10/01/26 | 16,691.01 | 788.73 | 705.69 | 15,902.28 | 14 | | | |
| 15 | 11/01/26 | 15,981.79 | 788.73 | 709.22 | 15,193.06 | 15 | | | |
| 16 | 12/01/26 | 15,269.02 | 788.73 | 712.77 | 14,480.29 | 16 | | | |
| 17 | 01/01/27 | 14,552.69 | 788.73 | 716.33 | 13,763.96 | 17 | | | |
| 18 | 02/01/27 | 13,832.78 | 788.73 | 719.91 | 13,044.05 | 18 | | | |
| 19 | 03/01/27 | 13,109.27 | 788.73 | 723.51 | 12,320.54 | 19 | | | |
| 20 | 04/01/27 | 12,382.14 | 788.73 | 727.13 | 11,593.41 | 20 | | | |
| 21 | 05/01/27 | 11,651.37 | 788.73 | 730.76 | 10,862.64 | 21 | | | |
| 22 | 06/01/27 | 10,916.95 | 788.73 | 734.42 | 10,128.22 | 22 | | | |
| 23 | 07/01/27 | 10,178.86 | 788.73 | 738.09 | 9,390.13 | 23 | | | |
| 24 | 08/01/27 | 9,437.08 | 788.73 | 741.78 | 8,648.35 | 24 | | | |
| 25 | 09/01/27 | 8,691.59 | 788.73 | 745.49 | 7,902.86 | 25 | | | |
| 26 | 10/01/27 | 7,942.37 | 788.73 | 749.22 | 7,153.64 | 26 | | | |
| 27 | 11/01/27 | 7,189.41 | 788.73 | 752.96 | 6,400.68 | 27 | | | |
| 28 | 12/01/27 | 6,432.68 | 788.73 | 756.73 | 5,643.95 | 28 | | | |
| 29 | 01/01/28 | 5,672.17 | 788.73 | 760.51 | 4,883.44 | 29 | | | |
| 30 | 02/01/28 | 4,907.85 | 788.73 | 764.31 | 4,119.12 | 30 | | | |
| 31 | 03/01/28 | 4,139.72 | 788.73 | 768.14 | 3,350.99 | 31 | | | |
| 32 | 04/01/28 | 3,367.74 | 788.73 | 771.98 | 2,579.01 | 32 | | | |
| 33 | 05/01/28 | 2,591.90 | 788.73 | 775.84 | 1,803.17 | 33 | | | |
| 34 | 06/01/28 | 1,812.19 | 788.73 | 779.72 | 1,023.46 | 34 | | | |
| 35 | 07/01/28 | 1,028.57 | 788.73 | 783.61 | 239.84 | 35 | | | |
| 36 | 08/01/28 | 241.04 | 241.04 | 239.84 | - | 36 | | | |

# EXHIBIT D

## INSTALLMENT NOTE - WELFARE FUND

**$46,636.67 principal and interest**                                     Date: July 29, 2025

For Value Received, the undersigned promises to pay to the order of **SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE FUND** the principal sum of Forty-Three Thousand Five Hundred Eighty-Four Dollars and Sixty-Eight Cents ($43,584.68). The remaining unpaid principal shall bear interest at the rate of 6% per annum over the life of the note.

**Employer shall make a down payment of $10,896.17 on August 15, 2025.**

Employer shall pay on September 1, 2025 the sum of One Thousand Twelve Dollars and Thirty-Two Cents ($1,012.32) and on the 1st day of each month thereafter for 35 (thirty-five) consecutive months, and a final payment of Three Hundred Nine Dollars and Thirty-Seven Cents ($309.37) on August 1, 2028.

All payments on account of the indebtedness represented by this Note shall be applied first to accrued and unpaid interest and the remainder to principal. Any installments of principal not paid when due shall bear interest after default/maturity at the rate of **18** per cent per annum. Payments of both principal and interest shall be made at **SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE FUND** or such other place as the legal holder hereof may from time to time in writing appoint.

**EMPLOYER IS TO REMAIN CURRENT IN ITS FUND CONTRIBUTIONS DURING THE TERM OF THIS NOTE.** Failure to do so will be considered a default, causing the remaining unpaid Note balance to become immediately due and payable.

The undersigned hereby authorizes, irrevocably, any attorney of any court of record to appear for the undersigned in such court, in term time or vacation, at any time after default in the payment of any installment of the principal hereof, accelerate the remaining debt, and confess judgment without process in favor of the payee or holder of this Note for such amount as may appear to be unpaid thereon, together with reasonable costs of collection including reasonable attorney's fees, and to waive and release all errors which may intervene in any such proceedings, and consent to immediate execution upon such judgment, hereby ratifying and confirming all that said attorney may do by virtue hereof.

If this Note is signed by more than one person or entity, the obligations and authorizations hereunder shall be joint and several.

All parties hereto severally waive presentment for payment, notice of dishonor and protest.

**AUDIT PERIOD:**                              **JV HAULING**
**MAY 1, 2020 – MARCH 31, 2023**               AN ILLINOIS CORPORATION

                                               BY: _____
                                                   JESUS VELAZQUEZ, PRESIDENT

                                               BY: _____
                                                   JESUS VELAZQUEZ, INDIVIDUALLY

The maker of this Note acknowledges the above indebtedness represents fringe benefit contributions and other costs and charges due and owing under the terms of the Plan and pursuant to applicable provisions of the Employee Retirement Income and Security Act, 29 U.S.C. 1145.

RECEIVED

OCT 01 2025

PENSION

**JV HAULING**
ER# 5455

TOTAL PRINCIPAL/INTEREST
$46,636.67

DUE 44,612.04
REVIEW PERIOD:
MAY 2020 TO MARCH 2023

**WELFARE FUND**
PRINCIPAL TOTAL: $ (43,584.68)
DOWN PYMT $10,896.17

DOWNPAYMENT:
DUE DATE: August 15, 2025
DATE PAID:
CHECK #:

CALLED 08/29/2025 & LEFT A MESSAGE
CALLED 09/03/2025 & LEFT A MESSAGE
CALLED 09/17/2025 & LEFT A MESSAGE
CALLED 09/26/2025 & LEFT FINAL MESSAGE

PRINC BALANCE. ($32,688.51)
NMBR PYMNTS 36
MNTHLY PYMT $1,012.32 /month

| DATE DUE | PAY THIS... NOTE BALANCE | ...OR THIS PAYMENT | AFTER REGULAR PAYMENT PRINCIPAL PAID | CURRENT PRINC BAL | | CHECK DATE | CHECK NO. | DEPOSIT DATE |
|---|---|---|---|---|---|---|---|---|
| 09/01/25 | 32,851.95 | 1,012.32 | 848.88 | 31,839.63 | 1 | 09/26/2025 | 2360 | 10/01/2025 |
| 10/01/25 | 31,998.83 | 1,012.32 | 853.12 | 30,986.51 | 2 | 10/24/2025 | 2391 | 10/30/2025 |
| 11/01/25 | 31,141.45 | 1,012.32 | 857.39 | 30,129.13 | 3 | | | |
| 12/01/25 | 30,279.77 | 1,012.32 | 861.67 | 29,267.46 | 4 | | | |
| 01/01/26 | 29,413.79 | 1,012.32 | 865.98 | 28,401.48 | 5 | | | |
| 02/01/26 | 28,543.48 | 1,012.32 | 870.31 | 27,531.16 | 6 | | | |
| 03/01/26 | 27,668.82 | 1,012.32 | 874.66 | 26,656.50 | 7 | | | |
| 04/01/26 | 26,789.79 | 1,012.32 | 879.04 | 25,777.47 | 8 | | | |
| 05/01/26 | 25,906.35 | 1,012.32 | 883.43 | 24,894.04 | 9 | | | |
| 06/01/26 | 25,018.51 | 1,012.32 | 887.85 | 24,006.19 | 10 | | | |
| 07/01/26 | 24,126.22 | 1,012.32 | 892.29 | 23,113.90 | 11 | | | |
| 08/01/26 | 23,229.47 | 1,012.32 | 896.75 | 22,217.15 | 12 | | | |
| 09/01/26 | 22,328.24 | 1,012.32 | 901.23 | 21,315.92 | 13 | | | |
| 10/01/26 | 21,422.50 | 1,012.32 | 905.74 | 20,410.18 | 14 | | | |
| 11/01/26 | 20,512.23 | 1,012.32 | 910.27 | 19,499.91 | 15 | | | |
| 12/01/26 | 19,597.41 | 1,012.32 | 914.82 | 18,585.10 | 16 | | | |
| 01/01/27 | 18,678.02 | 1,012.32 | 919.39 | 17,665.70 | 17 | | | |
| 02/01/27 | 17,754.03 | 1,012.32 | 923.99 | 16,741.71 | 18 | | | |
| 03/01/27 | 16,825.42 | 1,012.32 | 928.61 | 15,813.10 | 19 | | | |
| 04/01/27 | 15,892.17 | 1,012.32 | 933.25 | 14,879.85 | 20 | | | |
| 05/01/27 | 14,954.25 | 1,012.32 | 937.92 | 13,941.93 | 21 | | | |
| 06/01/27 | 14,011.64 | 1,012.32 | 942.61 | 12,999.32 | 22 | | | |
| 07/01/27 | 13,064.32 | 1,012.32 | 947.32 | 12,052.00 | 23 | | | |
| 08/01/27 | 12,112.26 | 1,012.32 | 952.06 | 11,099.94 | 24 | | | |
| 09/01/27 | 11,155.44 | 1,012.32 | 956.82 | 10,143.13 | 25 | | | |
| 10/01/27 | 10,193.84 | 1,012.32 | 961.60 | 9,181.52 | 26 | | | |
| 11/01/27 | 9,227.43 | 1,012.32 | 966.41 | 8,215.11 | 27 | | | |
| 12/01/27 | 8,256.19 | 1,012.32 | 971.24 | 7,243.87 | 28 | | | |
| 01/01/28 | 7,280.09 | 1,012.32 | 976.10 | 6,267.77 | 29 | | | |
| 02/01/28 | 6,299.11 | 1,012.32 | 980.98 | 5,286.79 | 30 | | | |
| 03/01/28 | 5,313.23 | 1,012.32 | 985.88 | 4,300.91 | 31 | | | |
| 04/01/28 | 4,322.41 | 1,012.32 | 990.81 | 3,310.09 | 32 | | | |
| 05/01/28 | 3,326.65 | 1,012.32 | 995.77 | 2,314.33 | 33 | | | |
| 06/01/28 | 2,325.90 | 1,012.32 | 1,000.75 | 1,313.58 | 34 | | | |
| 07/01/28 | 1,320.15 | 1,012.32 | 1,005.75 | 307.83 | 35 | | | |
| 08/01/28 | 309.37 | 309.37 | 307.83 | - | 36 | | | |

# EXHIBIT E

# SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS
# WELFARE AND PENSION FUNDS

**1171 COMMERCE DRIVE, UNIT 1, WEST CHICAGO, ILLINOIS 60185**
**TELEPHONE 630-293-0390     FAX NO. 630-562-0581**

February 18, 2025

## FINAL REQUEST

MR. JESUS VELAZQUEZ
JV HAULING
116 N ROOT STREET
AURORA, IL 60505

RE:     Review Date: July 27, 2023
        Period Covered: May 2020 through March 2023

Dear Employer:

This letter is a follow-up to our letter dated January 13, 2025. The audit payment was due to the Fund no later than 30 days from the date of our letter.

Employer contributions are due no later than the 20th day of the month immediately following the month in which the work was performed. A full month's interest (.5%) is assessed on the delinquent balance and for each succeeding month that the contribution remained delinquent. Liquidated damages are charged equal to 10% of the delinquent contributions that were more than one month late.

The review of your contribution payments finds the following due and payable to the:

| | |
|---|---|
| **Suburban Teamsters Welfare Fund** | **$ 43,584.68** |
| **Suburban Teamsters Pension Fund** | **$ 33,958.33** |

The totals are detailed in the audit reports enclosed with this letter if you do not agree with the information presented in this audit, you must notify the Fund **in writing within 14 business days** and provide information for disputing the charges billed.

If you are unable to make your payment, please notify the Fund immediately, in writing to request a note for the balance due. It is a 12-month promissory note at 6% per annum with a 25% down payment. The note will require the signature of the President, and it will require their personal guarantee.

**Please mail your check to:**
**SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS**
**1171 COMMERCE DRIVE WEST CHICAGO IL  60185**

**Suit will be filed to collect the balance due on the audit review unless the default is cured within fourteen (14) business days. All payments should be made payable to the Suburban Teamsters of Northern Illinois Welfare and Pension Funds (respectively).**

Sincerely,

*Taylor Risch*

Taylor Risch
Fund Office

Sent via Certified Mail and U.S. Mail

Page 1 of 2

**Employer Name: JV Hauling**
**Address: 116 N Root St / Aurora IL 60505**

ER# 5455

Phone: (779) 987 4679

Contact: Jesus Velazquez

Review Date: 07/27/2023

Period Covered: May 1, 2020 to March 31, 2023

| Name | | Soc Sec No | Work Month | Welfare Weeks/Hrs | Pension Weeks | Weekly/Hrly Welfare Rate | | Weekly Pension Rate | | Amount Due Welfare | | Amount Due Pension |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| VELAZQUEZ | JESUS | XXX-XX-0178 | May-20 | 2.00 | 4.25 | $ | 379.00 | $ | 316.20 | $ | 758.00 | $ 1,343.85 |
| VELAZQUEZ | JESUS | XXX-XX-0178 | Jun-20 | 1.00 | 1.00 | $ | 395.00 | $ | 336.20 | $ | 395.00 | $ 336.20 |
| VELAZQUEZ | JESUS | XXX-XX-0178 | Jul-20 | 1.00 | 1.00 | $ | 395.00 | $ | 336.20 | $ | 395.00 | $ 336.20 |
| VELAZQUEZ | JESUS | XXX-XX-0178 | Aug-20 | 1.00 | 1.00 | $ | 395.00 | $ | 336.20 | $ | 395.00 | $ 336.20 |
| VELAZQUEZ | JESUS | XXX-XX-0178 | Sep-20 | 1.00 | 1.00 | $ | 395.00 | $ | 336.20 | $ | 395.00 | $ 336.20 |
| VELAZQUEZ | JESUS | XXX-XX-0178 | Oct-20 | 5.00 | 5.00 | $ | 395.00 | $ | 336.20 | $ | 1,975.00 | $ 1,681.00 |
| VELAZQUEZ | JESUS | XXX-XX-0178 | Nov-20 | 4.00 | 4.00 | $ | 395.00 | $ | 336.20 | $ | 1,580.00 | $ 1,344.80 |
| VELAZQUEZ | JESUS | XXX-XX-0178 | Apr-21 | 4.00 | 4.00 | $ | 395.00 | $ | 336.20 | $ | 1,580.00 | $ 1,344.80 |
| VELAZQUEZ | JESUS | XXX-XX-0178 | May-21 | 2.00 | 2.00 | $ | 395.00 | $ | 336.20 | $ | 790.00 | $ 672.40 |
| VELAZQUEZ | JESUS | XXX-XX-0178 | Jun-21 | 1.00 | 1.00 | $ | 413.00 | $ | 357.00 | $ | 413.00 | $ 357.00 |
| VELAZQUEZ | JESUS | XXX-XX-0178 | Jul-21 | 2.00 | 2.00 | $ | 413.00 | $ | 357.00 | $ | 826.00 | $ 714.00 |
| VELAZQUEZ | JESUS | XXX-XX-0178 | Aug-21 | 4.00 | 4.00 | $ | 413.00 | $ | 357.00 | $ | 1,652.00 | $ 1,428.00 |
| VELAZQUEZ | JESUS | XXX-XX-0178 | Sep-21 | 4.00 | 4.00 | $ | 413.00 | $ | 357.00 | $ | 1,652.00 | $ 1,428.00 |
| VELAZQUEZ | JESUS | XXX-XX-0178 | Oct-21 | 5.00 | 5.00 | $ | 413.00 | $ | 357.00 | $ | 2,065.00 | $ 1,785.00 |
| VELAZQUEZ | JESUS | XXX-XX-0178 | Nov-21 | 4.00 | 4.00 | $ | 413.00 | $ | 357.00 | $ | 1,652.00 | $ 1,428.00 |
| VELAZQUEZ | JESUS | XXX-XX-0178 | Apr-22 | 5.00 | 5.00 | $ | 413.00 | $ | 357.00 | $ | 2,065.00 | $ 1,785.00 |
| VELAZQUEZ | JESUS | XXX-XX-0178 | May-22 | 4.00 | 4.00 | $ | 413.00 | $ | 357.00 | $ | 1,652.00 | $ 1,428.00 |
| VELAZQUEZ | JESUS | XXX-XX-0178 | Jun-22 | 4.00 | 4.00 | $ | 429.00 | $ | 377.80 | $ | 1,716.00 | $ 1,511.20 |
| VELAZQUEZ | JESUS | XXX-XX-0178 | Jul-22 | 5.00 | 5.00 | $ | 429.00 | $ | 377.80 | $ | 2,145.00 | $ 1,889.00 |
| VELAZQUEZ | JESUS | XXX-XX-0178 | Aug-22 | 4.00 | 4.00 | $ | 429.00 | $ | 377.80 | $ | 1,716.00 | $ 1,511.20 |
| VELAZQUEZ | JESUS | XXX-XX-0178 | Sep-22 | 4.00 | 4.00 | $ | 429.00 | $ | 377.80 | $ | 1,716.00 | $ 1,511.20 |
| VELAZQUEZ | JESUS | XXX-XX-0178 | Oct-22 | 5.00 | 5.00 | $ | 429.00 | $ | 377.80 | $ | 2,145.00 | $ 1,889.00 |
| VELAZQUEZ | JESUS | XXX-XX-0178 | Nov-22 | 4.00 | 4.00 | $ | 429.00 | $ | 377.80 | $ | 1,716.00 | $ 1,511.20 |

Total UNPAID Contributions: $ 31,394.00 $ 27,907.45

Liquidated Damages 10% UNPAID Contributions over 1 mo. Late ): $ 3,139.40 $ 2,790.75

Page 2 of 2

ER# 5455

**Employer Name: JV Hauling**
**Address: 116 N Root St / Aurora IL 60505**

Phone: (779) 987 4679

Review Date: 07/27/2023

Period Covered: May 1, 2020 to March 31, 2023

Contact: Jesus Velazquez
Late Payment Interest .5% per mo. on UNPAID Contributions:

| Work Month | Amount Due Welfare | % Int. | Int. Due Welfare | Amount Due Pension | % Int. | Int. Due Pension |
|---|---|---|---|---|---|---|
| May-20 | $ 758.00 | 20.00% | $ 151.60 | $ 1,343.85 | 20.00% | $ 268.77 |
| Jun-20 | $ 395.00 | 19.50% | $ 77.03 | $ 336.20 | 19.50% | $ 65.56 |
| Jul-20 | $ 395.00 | 19.00% | $ 75.05 | $ 336.20 | 19.00% | $ 63.88 |
| Aug-20 | $ 395.00 | 18.50% | $ 73.08 | $ 336.20 | 18.50% | $ 62.20 |
| Sep-20 | $ 395.00 | 18.00% | $ 71.10 | $ 336.20 | 18.00% | $ 60.52 |
| Oct-20 | $ 1,975.00 | 17.50% | $ 345.63 | $ 1,681.00 | 17.50% | $ 294.18 |
| Nov-20 | $ 1,580.00 | 17.00% | $ 268.60 | $ 1,344.80 | 17.00% | $ 228.62 |
| Apr-21 | $ 1,580.00 | 14.50% | $ 229.10 | $ 1,344.80 | 14.50% | $ 195.00 |
| May-21 | $ 790.00 | 14.00% | $ 110.60 | $ 672.40 | 14.00% | $ 94.14 |
| Jun-21 | $ 413.00 | 13.50% | $ 55.76 | $ 357.00 | 13.50% | $ 48.20 |
| Jul-21 | $ 826.00 | 13.00% | $ 107.38 | $ 714.00 | 13.00% | $ 92.82 |
| Aug-21 | $ 1,652.00 | 12.50% | $ 206.50 | $ 1,428.00 | 12.50% | $ 178.50 |
| Sep-21 | $ 1,652.00 | 12.00% | $ 198.24 | $ 1,428.00 | 12.00% | $ 171.36 |
| Oct-21 | $ 2,065.00 | 11.50% | $ 237.48 | $ 1,785.00 | 11.50% | $ 205.28 |
| Nov-21 | $ 1,652.00 | 11.00% | $ 181.72 | $ 1,428.00 | 11.00% | $ 157.08 |
| Apr-22 | $ 2,065.00 | 8.50% | $ 175.53 | $ 1,785.00 | 8.50% | $ 151.73 |
| May-22 | $ 1,652.00 | 8.00% | $ 132.16 | $ 1,428.00 | 8.00% | $ 114.24 |
| Jun-22 | $ 1,716.00 | 7.50% | $ 128.70 | $ 1,511.20 | 7.50% | $ 113.34 |
| Jul-22 | $ 2,145.00 | 7.00% | $ 150.15 | $ 1,889.00 | 7.00% | $ 132.23 |
| Aug-22 | $ 1,716.00 | 6.50% | $ 111.54 | $ 1,511.20 | 6.50% | $ 98.23 |
| Sep-22 | $ 1,716.00 | 6.00% | $ 102.96 | $ 1,511.20 | 6.00% | $ 90.67 |
| Oct-22 | $ 2,145.00 | 5.50% | $ 117.98 | $ 1,889.00 | 5.50% | $ 103.90 |
| Nov-22 | $ 1,716.00 | 5.00% | $ 85.80 | $ 1,511.20 | 5.00% | $ 75.56 |

Total Late Payment Interest Unpaid Contributions: $ 3,393.66  $ 3,065.96

Total Due Unpaid Contributions + Liq. Damages + Late Interest: $ 43,382.06  $ 33,764.16

| | WELFARE | PENSION |
|---|---|---|
| **Paid Contributions Discrepancies** | | |
| Jul-20  Underpaid Welfare and Pension Fund | $ 48.00 | $ 60.60 |

| | WELFARE | PENSION |
|---|---|---|
| **Paid Contributions Interest and Liquidated Damages** | | |
| May-21  Contributions received July 2021 - Interest | $ 5.93 | $ 5.04 |
| Jun-21  Contributions received August 2021 - Interest | $ 6.20 | $ 5.36 |
| Jul-21  Contributions received November 2021 - Interest | $ 18.59 | $ 16.07 |
| Jul-21  Contributions received November 2021 - LD | $ 123.90 | $ 107.10 |

Total Late Due on Paid Contributions: $ 202.62  $ 194.17

TOTAL AMOUNT DUE ER # 5455  $ 43,584.68  $ 33,958.33

LAW OFFICES

# ARNOLD AND KADJAN, LLP
35 EAST WACKER DRIVE
SUITE 600
**CHICAGO IL**
60601-2106

JOHN J. TOOMEY
DONALD D. SCHWARTZ
STEVEN F. McDOWELL
PAUL M. EGAN

JAMES R. ANDERSON
GRANT R. PIECHOCINSKI

TELEPHONE (312) 236-0415
FAX (312) 341-0438
EMAIL: info@aandklaw.com

HUGH B. ARNOLD (1961-2020)
DANIEL N. KADJAN (1961-1993)

May 18, 2026

By email JVHauling007@gmail.com
and Regular Mail
Mr. Jesus Velazquez
President and Registered Agent
JV Hauling, Inc., an Illinois corporation
116 N. Root Street
Aurora, Illinois 60505

## NOTICE OF DEFAULT/OPPORTUNITY TO CURE

Re:     Delinquent Suburban Teamsters Pension and Welfare Installment Notes

Dear Mr. Velazquez:

I am counsel for Suburban Teamsters of Northern Illinois Welfare and Pension Funds.

### Welfare Installment Note

Your down payment in the amount of **$10,896.17 due August 15, 2025** has not been received.

Your **November 1, 2025 through May 1, 2026** installment note payments of $1,012.32 under the Settlement Agreement are due and have not been received. The total balance due on your Welfare installment note is $46,612.04.

### Pension Installment Note

Your down payment in the amount of **$8,489.58 due August 15, 2025** has not been received.

Your **September 1, 2025 through May 1, 2026** installment note payments of $788.73 under the Settlement Agreement are due and have not been received. The total balance due on your Pension installment note is **$36,336.24**.

Suit will be initiated for breach of the note Settlement Agreements to collect the entire balance due on the accelerated note(s) unless the default is cured within five business days. All payments should be made payable to the Suburban Teamsters of Northern Illinois Funds and forwarded to John J. Toomey, Arnold and Kadjan, LLP, 35 E. Wacker Drive, Suite 600, Chicago, Illinois 60601.

Yours truly,

ARNOLD AND KADJAN

By: _John J. Toomey_

John J. Toomey

JJT:cc
cc:     Suburban Teamsters

 Outlook

## JV Hauling, Inc. - Notice of Default/Opportunity to Cure

**From** John Toomey <jtoomey100@hotmail.com>

**Date** Mon 5/18/2026 12:46 PM

**To** JVHauling007@gmail.com <JVHauling007@gmail.com>

**Bcc** José Colin <jcolin@suburbanteamsters.com>; Heather Montalbano-Espe <hespe@suburbanteamsters.com>; Taylor Risch <trisch@suburbanteamsters.com>

Please see the attached letter. Also sent by regular mail.

John J. Toomey
Arnold and Kadjan, LLP
35 E. Wacker Drive
Suite 600
Chicago, IL 60601
(312) 236-0415
Extension: 631

THIS EMAIL AND ANY FILES TRANSMITTED IS INTENDED ONLY FOR THE USE OF THE ADDRESSEE. IT MAY CONTAIN PRIVILEGED OR CONFIDENTIAL INFORMATION THAT IS EXEMPT FROM DISCLOSURE. Dissemination, distribution, or copying of this message by anyone other than the addressee is strictly prohibited. If you received this message in error, please notify us immediately by replying: "Received in error" and delete the message. Thank you.