**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS, <br><br> Plaintiffs, <br><br> v. <br><br> JV HAULING, INC. an Illinois corporation JESUS VELAZQUEZ, Individually, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

Case No.:   2026 C 7851

Judge Sharon Johnson Coleman

Magistrate Judge Gabriel A. Fuentes

**MOTION FOR JUDGMENT IN SUM CERTAIN
ON COUNTS I AND II**

NOW COME the Plaintiffs, TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUND, by and through its attorney, JOHN J. TOOMEY, ARNOLD AND KADJAN, LLP and pursuant to FRCP 55(b)(2) move for judgment in sum certain as stated in this Motion and the supporting Affidavits attached hereto as Exhibits 1 and 2.  In support of its Motion, Plaintiffs state as follows:

1.      Suit was filed on July 6, 2026 for collection of delinquent contributions  plus attorneys' fees, costs and interest under 29 U.S.C. 1132(g)(2).

2.      Service was made upon JV HAULING, INC., an Illinois corporation on July 16, 2026.

Service was made upon JESUS VELAZQUEZ, Individually on July 16. 2026.

3.      Pursuant to the collective bargaining agreements between JV HAULING, INC., an Illinois corporation, and the Union, JV HAULING, INC., failed and continues to fail to make its obligated contributions to the Fund for the period May 1, 2020 through March 31, 2023 as disclosed in a records review on July 27. 2023 (Exhibit A).

6. The audit review disclosed $43,584.68 due the Welfare Fund and $33,958.33 due the Pension Fund for a total of $77,543.01.

7. Defendants are now in default on the Complaint and as supported by the attached Affidavits (Exhibits 1 and 2) the sums due are:

$36,336.24 Welfare Fund
$46,512.04 Pension Fund
$1,250.00 Attorneys fees
$504.00 Court costs
$84,602.28 Total

WHEREFORE, Plaintiffs pray for:

1. Entry of judgment in a sum certain against Defendants, JV HAULING, INC., an Illinois corporation on Count I, jointly and severally and JESUS VELAZQUEZ, Individually on Count II, jointly and severally, and in favor of Plaintiffs, TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS PENSION AND WELFARE FUNDS in the amount of $84,602.28 with no just reason for delay in enforcement under FRCP 54(b).

TRUSTEES OF THE SUBURBAN TEAMSTERS
OF NORTHERN ILLINOIS PENSION AND
WELFARE FUNDS

s/John J. Toomey
ARNOLD AND KADJAN, LLP
35 E. Wacker Drive, Suite 600
Chicago, IL 60601
Telephone No.: (312) 236-0415
Facsimile No.: (312) 341-0438
Dated: August 7, 2026

# EXHIBIT A

ER# 5455

Employer Name: JV Hauling
Address: 116 N Root St / Aurora IL 60505

Phone. (779) 987 4679
Contact: Jesus Velazquez

Review Date: 07/27/2023

Period Covered: May 1, 2020 to March 31, 2023

| Name | Soc Sec No | Work Month | Welfare Weeks/Hrs | Pension Weeks | Weekly/Hrly Welfare Rate | Weekly Pension Rate | Amount Due Welfare | Amount Due Pension |
|------|-----------|-----------|-------------------|---------------|--------------------------|---------------------|--------------------|--------------------|
| VELAZQUEZ JESUS | XXX-XX-0178 | May-20 | 2.00 | 4.25 | $ 379.00 | $ 316.20 | $ 758.00 | $ 1,343.85 |
| VELAZQUEZ JESUS | XXX-XX-0178 | Jun-20 | 1.00 | 1.00 | $ 395.00 | $ 336.20 | $ 395.00 | $ 336.20 |
| VELAZQUEZ JESUS | XXX-XX-0178 | Jul-20 | 1.00 | 1.00 | $ 395.00 | $ 336.20 | $ 395.00 | $ 336.20 |
| VELAZQUEZ JESUS | XXX-XX-0178 | Aug-20 | 1.00 | 1.00 | $ 395.00 | $ 336.20 | $ 395.00 | $ 336.20 |
| VELAZQUEZ JESUS | XXX-XX-0178 | Sep-20 | 1.00 | 1.00 | $ 395.00 | $ 336.20 | $ 395.00 | $ 336.20 |
| VELAZQUEZ JESUS | XXX-XX-0178 | Oct-20 | 5.00 | 5.00 | $ 395.00 | $ 336.20 | $ 1,975.00 | $ 1,681.00 |
| VELAZQUEZ JESUS | XXX-XX-0178 | Nov-20 | 4.00 | 4.00 | $ 395.00 | $ 336.20 | $ 1,580.00 | $ 1,344.80 |
| VELAZQUEZ JESUS | XXX-XX-0178 | Apr-21 | 4.00 | 4.00 | $ 395.00 | $ 336.20 | $ 1,580.00 | $ 1,344.80 |
| VELAZQUEZ JESUS | XXX-XX-0178 | May-21 | 2.00 | 2.00 | $ 395.00 | $ 336.20 | $ 790.00 | $ 672.40 |
| VELAZQUEZ JESUS | XXX-XX-0178 | Jun-21 | 1.00 | 1.00 | $ 413.00 | $ 357.00 | $ 413.00 | $ 357.00 |
| VELAZQUEZ JESUS | XXX-XX-0178 | Jul-21 | 2.00 | 2.00 | $ 413.00 | $ 357.00 | $ 826.00 | $ 714.00 |
| VELAZQUEZ JESUS | XXX-XX-0178 | Aug-21 | 4.00 | 4.00 | $ 413.00 | $ 357.00 | $ 1,652.00 | $ 1,428.00 |
| VELAZQUEZ JESUS | XXX-XX-0178 | Sep-21 | 4.00 | 4.00 | $ 413.00 | $ 357.00 | $ 1,652.00 | $ 1,428.00 |
| VELAZQUEZ JESUS | XXX-XX-0178 | Oct-21 | 5.00 | 5.00 | $ 413.00 | $ 357.00 | $ 2,065.00 | $ 1,785.00 |
| VELAZQUEZ JESUS | XXX-XX-0178 | Nov-21 | 4.00 | 4.00 | $ 413.00 | $ 357.00 | $ 1,652.00 | $ 1,428.00 |
| VELAZQUEZ JESUS | XXX-XX-0178 | Apr-22 | 5.00 | 5.00 | $ 413.00 | $ 357.00 | $ 2,065.00 | $ 1,785.00 |
| VELAZQUEZ JESUS | XXX-XX-0178 | May-22 | 4.00 | 4.00 | $ 413.00 | $ 357.00 | $ 1,652.00 | $ 1,428.00 |
| VELAZQUEZ JESUS | XXX-XX-0178 | Jun-22 | 4.00 | 4.00 | $ 429.00 | $ 377.80 | $ 1,716.00 | $ 1,511.20 |
| VELAZQUEZ JESUS | XXX-XX-0178 | Jul-22 | 5.00 | 5.00 | $ 429.00 | $ 377.80 | $ 2,145.00 | $ 1,889.00 |
| VELAZQUEZ JESUS | XXX-XX-0178 | Aug-22 | 4.00 | 4.00 | $ 429.00 | $ 377.80 | $ 1,716.00 | $ 1,511.20 |
| VELAZQUEZ JESUS | XXX-XX-0178 | Sep-22 | 4.00 | 4.00 | $ 429.00 | $ 377.80 | $ 1,716.00 | $ 1,511.20 |
| VELAZQUEZ JESUS | XXX-XX-0178 | Oct-22 | 5.00 | 5.00 | $ 429.00 | $ 377.80 | $ 2,145.00 | $ 1,889.00 |
| VELAZQUEZ JESUS | XXX-XX-0178 | Nov-22 | 4.00 | 4.00 | $ 429.00 | $ 377.80 | $ 1,716.00 | $ 1,511.20 |

Total UNPAID Contributions: $ 31,394.00 $ 27,907.45

Liquidated Damages 10% UNPAID Contributions over 1 mo. Late ): $ 3,139.40 $ 2,790.75

ER# 5455

Employer Name: JV Hauling
Address: 116 N Root St / Aurora IL 60505

Phone: (779) 987 4679
Contact: Jesus Velazquez

Review Date: 07/27/2023

Period Covered: May 1, 2020 to March 31, 2023

Late Payment Interest .5% per mo. on UNPAID Contributions:

| Work Month | Amount Due Welfare | % Int. | Int. Due Welfare | Amount Due Pension | % Int. | Int. Due Pension |
|---|---|---|---|---|---|---|
| May-20 | $ 758.00 | 20.00% | $ 151.60 | $ 1,343.85 | 20.00% | $ 268.77 |
| Jun-20 | $ 395.00 | 19.50% | $ 77.03 | $ 336.20 | 19.50% | $ 65.56 |
| Jul-20 | $ 395.00 | 19.00% | $ 75.05 | $ 336.20 | 19.00% | $ 63.88 |
| Aug-20 | $ 395.00 | 18.50% | $ 73.08 | $ 336.20 | 18.50% | $ 62.20 |
| Sep-20 | $ 395.00 | 18.00% | $ 71.10 | $ 336.20 | 18.00% | $ 60.52 |
| Oct-20 | $ 1,975.00 | 17.50% | $ 345.63 | $ 1,681.00 | 17.50% | $ 294.18 |
| Nov-20 | $ 1,580.00 | 17.00% | $ 268.60 | $ 1,344.80 | 17.00% | $ 228.62 |
| Apr-21 | $ 1,580.00 | 14.50% | $ 229.10 | $ 1,344.80 | 14.50% | $ 195.00 |
| May-21 | $ 790.00 | 14.00% | $ 110.60 | $ 672.40 | 14.00% | $ 94.14 |
| Jun-21 | $ 413.00 | 13.50% | $ 55.76 | $ 357.00 | 13.50% | $ 48.20 |
| Jul-21 | $ 826.00 | 13.00% | $ 107.38 | $ 714.00 | 13.00% | $ 92.82 |
| Aug-21 | $ 1,652.00 | 12.50% | $ 206.50 | $ 1,428.00 | 12.50% | $ 178.50 |
| Sep-21 | $ 1,652.00 | 12.00% | $ 198.24 | $ 1,428.00 | 12.00% | $ 171.36 |
| Oct-21 | $ 2,065.00 | 11.50% | $ 237.48 | $ 1,785.00 | 11.50% | $ 205.28 |
| Nov-21 | $ 1,652.00 | 11.00% | $ 181.72 | $ 1,428.00 | 11.00% | $ 157.08 |
| Apr-22 | $ 2,065.00 | 8.50% | $ 175.53 | $ 1,785.00 | 8.50% | $ 151.73 |
| May-22 | $ 1,652.00 | 8.00% | $ 132.16 | $ 1,428.00 | 8.00% | $ 114.24 |
| Jun-22 | $ 1,716.00 | 7.50% | $ 128.70 | $ 1,511.20 | 7.50% | $ 113.34 |
| Jul-22 | $ 2,145.00 | 7.00% | $ 150.15 | $ 1,889.00 | 7.00% | $ 132.23 |
| Aug-22 | $ 1,716.00 | 6.50% | $ 111.54 | $ 1,511.20 | 6.50% | $ 98.23 |
| Sep-22 | $ 1,716.00 | 6.00% | $ 102.96 | $ 1,511.20 | 6.00% | $ 90.67 |
| Oct-22 | $ 2,145.00 | 5.50% | $ 117.98 | $ 1,889.00 | 5.50% | $ 103.90 |
| Nov-22 | $ 1,716.00 | 5.00% | $ 85.80 | $ 1,511.20 | 5.00% | $ 75.56 |

Total Late Payment Interest Unpaid Contributions: $ 3,393.66 $ 3,065.96

Total Due Unpaid Contributions + Liq. Damages + Late Interest: $ 43,382.06 $ 33,764.16

|  | WELFARE | PENSION |
|---|---|---|
| Paid Contributions Discrepancies | | |
| Jul-20 Underpaid Welfare and Pension Fund | $ 48.00 | $ 60.60 |

|  | WELFARE | PENSION |
|---|---|---|
| Paid Contributions Interest and Liquidated Damages | | |
| May-21 Contributions received July 2021 - Interest | $ 5.93 | $ 5.04 |
| Jun-21 Contributions received August 2021 - Interest | $ 6.20 | $ 5.36 |
| Jul-21 Contributions received November 2021 - Interest | $ 18.59 | $ 16.07 |
| Jul-21 Contributions received November 2021 - LD | $ 123.90 | $ 107.10 |

Total Late Due on Paid Contributions: $ 202.62 $ 194.17

TOTAL AMOUNT DUE ER # 5455 $ 43,584.68 $ 33,958.33